REPUBLIC STEEL CORPORATION, INLAND STEEL COMPANY, JONES & LAUGHLIN STEEL INCORPORATED, NATIONAL STEEL CORPORATION, AND CYCLOPS CORPORATION, PLAINTIFFS *v.* UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF COMMERCE, MALCOLM BALDRIGE, SECRETARY OF COMMERCE, LIONEL H. OLMER, UNDERSECRETARY FOR INTERNATIONAL TRADE, LAWRENCE J. BRADY, ASSISTANT SECRETARY FOR IMPORT ADMINISTRATION, AND GARY N. HORLICK, DEPUTY ASSISTANT SECRETARY FOR IMPORT ADMINISTRATION, DEFENDANTS

Court No. 82-2-00207

Before WATSON, *Judge.*

### Order

(Dated January 6, 1983)

WATSON, *Judge.*

Pursuant to the mandate of the United States Court of Appeals for the Federal Circuit on Appeal 82-34, the judgment of this Court in 3 CIT 117 is hereby vacated and the action dismissed on grounds of mootness.